UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOBERANIS, UDEL M. | ) | CASE NO. 05 B 49763 |
| WILLIAMS, JENNIFER | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL REPORT

To:  THE HONORABLE JACQUELINE P. COX
     BANKRUPTCY JUDGE

NOW COMES Phillip D. Levey, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. The Petition commencing this case was filed on October 12, 2005. Phillip D. Levey was appointed Trustee on October 12, 2005. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor(s) discharge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $2,475.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of December 28, 2007 is as follows:

| | | | |
|---|---|---|---|
| a. | RECEIPTS (See Exhibit C) | | $ 81,093.51 |
| b. | DISBURSEMENTS (See Exhibit C) | | $ 17,508.61 |
| c. | NET CASH available for distribution | | $63,584.90 |
| d. | TRUSTEE/PROFESSIONAL COSTS: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $3,836.52 |
| | 2. | Trustee Expenses (See Exhibit E) | $162.57 |
| | 3. | Compensation requested by attorney or other professionals | |

|   |   | for trustee (See Exhibit F) | |
|---|---|---|---|
| (a.) | | Phillip D. Levey  Attorney For Trustee Fees | $8,295.00 |
| (b.) | | Lois West & Popowcer Katten Accountant For Trustee Fees | $1,062.50 |

5.   The Bar Date for filing unsecured claims expired on October 16, 2006.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| a | Allowed unpaid secured claims | $0.00 |
|---|---|---|
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $13,356.59 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $0.00 |
| e. | Allowed unsecured claims | $0.00 |
| f. | Surplus to Debtor | $50,228.31 |

7.   Trustee proposes that unsecured creditors receive a distribution of 100% of allowed claims.

8.   Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorney's, accountant's, or other professional's compensation requested but not yet allowed is $9,357.50. The total of Chapter 7 professional fees and expenses requested for final allowance is $9,357.50.

9.   A fee of $1,300.00 was paid to Debtor's Counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

DATE: 12-28-07

RESPECTFULLY SUBMITTED

_____
SIGNATURE

Phillip D. Levey
TRUSTEE NAME

2722 North Racine Avenue
Chicago, IL 60614
ADDRESS

## TASKS PERFORMED BY TRUSTEE

See Attached Trustee's Time Sheet.

EXHIBIT A

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| **Asset Analysis & Recovery** | | | |
| 12/27/2005 | Review of preliminary appraisal from realtor Fred Stark. Teleconference with Fred Stark re same. | 0.40 | 140.00 |
| 12/29/2005 | Preliminary research and analysis of data on Chicago Association of Realtors database re market value of debtor's interest in real estate, ownership of same, encumbrances re same and PIN re same. | 1.50 | 525.00 |
| 1/10/2006 | Search of Cook County Recorder's records re encumbrances and ownership re debtors' house. | 1.10 | 385.00 |
| 1/27/2006 | Exterior inspection of real estate and surrounding neighborhood including travel time. | 2.00 | 700.00 |
| 3/26/2006 | Search of Chicago Association Realtors re market value of real estate. | 1.80 | 630.00 |
| 5/3/2006 | Review of fax from and teleconference with realtor Fred Stark re City of Chicago Demolition Notice re real estate. | 0.40 | 140.00 |
| | SUBTOTAL: | [ 7.20 | 2,520.00] |
| **Asset Disposition** | | | |
| 12/28/2007 | Teleconferences with realtor Fred Stark re listing, marketing and sale of real estate throughout case. (Estimated) | 3.00 | 1,050.00 |
| | SUBTOTAL: | [ 3.00 | 1,050.00] |
| **Banking** | | | |
| 12/28/2007 | Opening of estate bank accounts, obtaining FEIN for estate, preparation and assembly of bank deposits, issuing of checks in payment of administrative expenses and monthly review and reconciliation of bank statements through close of case. (Estimated) | 2.00 | 700.00 |
| | SUBTOTAL: | [ 2.00 | 700.00] |
| **Case Administration** | | | |
| 12/28/2007 | Maintenance of estate accounting records through close of case. (Estimated) | 1.50 | 525.00 |
| | Compliance activities including preparation and assembly of interim reports as required by Office of U.S. Trustee as well as compliance with bonding requirements through close of case and maintenance of accounting records re same. (Estimated) | 2.50 | 875.00 |

|  |  | Page | 2 |
|---|---|---:|---:|
|  |  | Hours | Amount |
| | SUBTOTAL: | [ 4.00 | 1,400.00] |

### Dividend Distribution

| 12/27/2007 | Revision of proposed distribution in accordance with Court's Order re Final Report. Distribution of dividends to holders of allowed claims. (Estimated) | 0.50 | 175.00 |
|---|---|---:|---:|
| | SUBTOTAL: | [ 0.50 | 175.00] |

### Final Account

| 12/27/2007 | Following distribution of dividends to claimants, review of bank statements and canceled checks to insure proper payment of dividends and necessity for payment of unclaimed dividends to Clerk of Court including investigation re current addresses of claimants, if necessary, which were unable to be delivered to addresses listed on proofs of claim. Payment of unclaimed dividends to Clerk of Court. (Estimated) | 1.00 | 350.00 |
|---|---|---:|---:|
| 12/28/2007 | Preparation and assembly of Trustee's Final Account and Form 4. Close file for storage. (Estimated) | 1.00 | 350.00 |
| | SUBTOTAL: | [ 2.00 | 700.00] |

### Final Report

| 12/26/2007 | Preparation and assembly of Trustee's Final Report. | 2.00 | 700.00 |
|---|---|---:|---:|
| 12/27/2007 | Preparation and assembly of Trustee's Final Report. | 1.50 | 525.00 |
| | Preparation and assembly of Trustee's Final Report. | 0.40 | 140.00 |
| | SUBTOTAL: | [ 3.90 | 1,365.00] |

### First Meeting of Creditors

| 12/19/2005 | Review of Debtor's Schedules and Statement of Affairs. Input case into computer system and open file. Preparation for first meeting of creditors. | 0.40 | 140.00 |
|---|---|---:|---:|
| 12/22/2005 | Examination of Debtors at first meeting of creditors. | 0.40 | 140.00 |
| | SUBTOTAL: | [ 0.80 | 280.00] |

Page   3

| | Hours | Amount |
|---|---|---|

### Tax Issues

| Date | Description | Hours | Amount |
|---|---|---|---|
| 8/26/2007 | E-mail to accountant Lois West re preparation and assembly of Federal and Illinois estate income tax returns. | 0.60 | 195.00 |
| 10/10/2007 | Review of Federal and State of Illinois tax returns. | 1.20 | 420.00 |
| 10/12/2007 | Review and filing of 2006 Federal and State of Illinois tax returns. Teleconferences (3) with accountant Lois West re same. | 1.10 | 385.00 |
| | Letters to IRS and IDR re request for prompt determination under 505(b). | 0.80 | 280.00 |
| | SUBTOTAL: | [ 3.70 | 1,280.00] |
| | For professional services rendered | 27.10 | $9,470.00 |
| | Balance due | | $9,470.00 |

## DISPOSITION OF ESTATE PROPERTY

See attached Forms 1 and 2.

| | |
|---|---:|
| TOTAL RECEIPTS | $66,168.58 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $2,475.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $2,475.00 |

EXHIBIT B

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 1

| Case No: | 05-49763 | JPC | Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|---|
| Case Name: | SOBERANIS, UDEL M. | | | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | WILLIAMS, JENNIFER | | | 341(a) Meeting Date: | 12/22/05 |
| For Period Ending: | 12/28/07 | | | Claims Bar Date: | 10/16/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1,093.51 | Unknown |
| 2. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 3. Books, tapes, CDs | 50.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 4. Personal Used Clothing | 600.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 5. Employer Term Life Insurance | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 6. Costume Jewelry | 75.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 7. 401k | 0.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 8. 1989 Dodge Dynasty | 300.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 9. 1993 Ford Tempo | 450.00 | 0.00 | DA | 0.00 | 0.00 |
| Debtor Claimed Exemption | | | | | |
| 10. 11931 South Yale, Chicago, IL | Unknown | 90,000.00 | | 80,000.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $2,475.00   $90,000.00   $81,093.51   $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR):  / /      Current Projected Date of Final Report (TFR):  / /

LFORM1                                                                                                                    Ver: 12.61a

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

| | | | |
|---|---|---|---|
| Case No: | 05-49763   JPC   Judge: JACQUELINE P. COX | Trustee Name: | Phillip D. Levey |
| Case Name: | SOBERANIS, UDEL M. | Date Filed (f) or Converted (c): | 10/12/05 (f) |
| | WILLIAMS, JENNIFER | 341(a) Meeting Date: | 12/22/05 |
| | | Claims Bar Date: | 10/16/06 |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-49763 -JPC | | Trustee Name: | Phillip D. Levey |
|---|---|---|---|---|
| Case Name: | SOBERANIS, UDEL M. | | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | | | |
| For Period Ending: | 12/28/07 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/06 | 10 | Chicago Title and Trust Company | Sale of Real Estate | | | 65,075.07 | | 65,075.07 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount: | 80,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( | 2,235.49 ) | 4700-000 | | | |
| | | | Real Estate Taxes-2002 & 2003 | | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount: ( | 4,535.06 ) | 4700-000 | | | |
| | | | Real Estate Taxes-2003 & 2004 | | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount: ( | 4,800.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | | |
| | | BROAD STREET DEVELOPMENT | Memo Amount: ( | 1,038.75 ) | 4700-000 | | | |
| | | | Real Estate Tax Proration-2005 | | | | | |
| | | BROAD STREET DEVELOPMENT LLC | Memo Amount: ( | 980.59 ) | 4700-000 | | | |
| | | | Real Estate Tax Proration-2006 | | | | | |
| | | LANDMARK ENGINEERING CORP. | Memo Amount: ( | 245.00 ) | 2500-000 | | | |
| | | | Survey | | | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount: ( | 930.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | | |
| | | STATE OF ILLINOIS | Memo Amount: ( | 80.00 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | | |
| | | COOK COUNTY | Memo Amount: ( | 40.00 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | | |
| | | CITY OF CHICAGO | Memo Amount: ( | 40.04 ) | 2500-000 | | | |
| | | | City of Chicago Water Bill | | | | | |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 33.77 | | 65,108.84 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 55.30 | | 65,164.14 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 53.55 | | 65,217.69 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 55.40 | | 65,273.09 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 53.65 | | 65,326.74 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 55.47 | | 65,382.21 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | | 1270-000 | 55.54 | | 65,437.75 |

Page Subtotals    65,437.75    0.00

Ver: 12.61a

LFORM24

Case 05-49763    Doc 26    Filed 01/23/08    Entered 01/23/08 10:45:32    Desc Main
Document    Page 12 of 17

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 05-49763 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | SOBERANIS, UDEL M. | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | | |
| For Period Ending: | 12/28/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.20 | | 65,487.95 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.62 | | 65,543.57 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 78.12 | | 65,621.69 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 62.68 | 65,559.01 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.56 | | 65,642.57 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 80.92 | | 65,723.49 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.74 | | 65,807.23 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.84 | | 65,891.07 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 81.23 | | 65,972.30 |
| 10/12/07 | 000102 | United States Treasury | FEIN 75-6794704 | 2810-000 | | 1,449.00 | 64,523.30 |
| | | | 2006 FORM 1041 | | | | |
| 10/12/07 | 000103 | Illinois Department of Revenue | FEIN 75-6794704 | 2820-000 | | 1,072.00 | 63,451.30 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 70.95 | | 63,522.25 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 62.65 | | 63,584.90 |

|   |   |   |   |   |   |
|---|---|---|---|---|---|
| Memo Allocation Receipts: | 80,000.00 | COLUMN TOTALS | | 66,168.58 | 2,583.68 | 63,584.90 |
| Memo Allocation Disbursements: | 14,924.93 | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | Subtotal | | 66,168.58 | 2,583.68 | |
| Memo Allocation Net: | 65,075.07 | Less: Payments to Debtors | | | 0.00 | |
| | | Net | | 66,168.58 | 2,583.68 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 80,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 14,924.93 | Money Market Account (Interest Earn - *******1806 | | 66,168.58 | 2,583.68 | 63,584.90 |
| Total Memo Allocation Net: | 65,075.07 | | | 66,168.58 | 2,583.68 | 63,584.90 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |
| | | | Page Subtotals | 730.83 | 2,583.68 | |

Ver: 12.61a
LFORM24

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49763 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SOBERANIS, UDEL M. | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| For Period Ending: | 12/28/07 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Money Market Account (Interest Earn - *******1806

Page Subtotals    0.00    0.00

Ver: 12.61a

LFORM24

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOBERANIS, UDEL M. | ) | CASE NO. 05 B 49763 |
| WILLIAMS, JENNIFER | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $13,356.59 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $50,228.31 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $63,584.90 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $13,356.59 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Phillip D. Levey, Trustee Compensation | $3,836.52 | $3,836.52 |
| | Phillip D. Levey, Trustee Expenses | $162.57 | $162.57 |
| | Phillip D. Levey, Attorney for Trustee Fees | $8,295.00 | $8,295.00 |
| | Lois West & Popowcer Katten, Accountant for Trustee Fees | $1,062.50 | $1,062.50 |
| | CLASS TOTALS | $13,356.59 | $13,356.59 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid pro rata after costs of administration and priority claims are paid in full | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(3) - Tardily filed unsecured claims | $ 0.00 | 0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $ 50,228.31 | 100.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Soberanis, Udel M. | $50,228.31 | $50,228.31 |
| | CLASS TOTALS | $50,228.31 | $50,228.31 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant: None

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____        _____