UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOBERANIS, UDEL M. | ) | CASE NO. 05 B 49763 |
| WILLIAMS, JENNIFER | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

Social Security/Employer Tax ID Number:   XXX-XX-9885
                                          XXX-XX-4753

## NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

To the Debtor(s), Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

   At:   U. S Bankruptcy Court, 219 S. Dearborn, Courtroom 619, Chicago, Illinois 60604

   On: **February 28, 2008**          Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

   | | |
   |---|---:|
   | Receipts | $81,093.51 |
   | Disbursements | $17,508.61 |
   | Net Cash Available for Distribution | $63,584.90 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Phillip D. Levey<br>Trustee | $0.00 | $3,836.52 | $162.57 |
| Phillip D. Levey<br>Attorney For Trustee | $0.00 | $8,295.00 | $0.00 |
| Lois West & Popowcer Katten<br>Accountant For Trustee | $0.00 | $1,062.50 | $0.00 |

5. Applications for Chapter 11 and/or 13 fees and administrative expenses have been filed as follows: None

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are: None

7. Claims of general unsecured creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0%. Based on the aforesaid distributions, it appears that this is a surplus estate. Further, said surplus will be paid to the debtor(s) in the approximate amount of $50,228.31.

Allowed general unsecured claims are as follows: None

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtors have been discharged.

11. The Trustee proposes to abandon the following property at the hearing:

| Name of Property | Scheduled Value |
|---|---|
| Household Goods | $1,000.00 |
| Books, tapes, CDs | $50.00 |
| Personal Used Clothing | $600.00 |
| Employer Term Life Insurance | $0.00 |
| Costume Jewelry | $75.00 |
| 401k | $0.00 |
| 1989 Dodge Dynasty | $300.00 |
| 1993 Ford Tempo | $450.00 |

Dated: **February 1, 2008**                                      For the Court,

                                                          By:   **KENNETH S. GARDNER**
                                                                Kenneth S. Gardner
                                                                Clerk of the U.S. Bankruptcy Court
                                                                219 S. Dearborn Street; 7th Floor
                                                                Chicago, IL 60604

| | |
|---|---|
| Trustee: | Phillip D. Levey |
| Address: | 2722 North Racine Avenue |
| | Chicago, IL  60614 |
| Phone No.: | (773) 348-9682 |

## SERVICE LIST

**UDEL M. SOBERANIS & JENNIFER WILLIAMS**
**05 B 49763**

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL  60614

Lois West
Popowcer Katten, Ltd.
35 East Wacker Drive, Suite 1550
Chicago, IL  60601

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1          Date Rcvd: Feb 01, 2008
Case: 05-49763                 Form ID: pdf002          Total Served: 12

The following entities were served by first class mail on Feb 03, 2008.
db          +Udel M. Soberanis,    6332 S. Elizabeth,    1st Floor,    Chicago, IL 60636-2903
jdb         +Jennifer Williams,    8434 S. Muskegon,    Apt #1,    Chicago, IL 60617-2507
aty         +Jason Blust,    Macey & Aleman,    20 West Kinzie,    Suite 1300,    Chicago, IL 60610-7948
aty         +Phillip D Levey,    2722 North Racine Avenue,    Chicago, IL 60614-1206
tr          +Phillip D Levey, ESQ,    2722 North Racine Avenue,    Chicago, IL 60614-1206
10119342    +Jeffrey J. Aleman,    Legal Helpers, PC,    20 W. Kinzie,    13th Floor,    Chicago, IL 60610-6392
10119343    +Office of the Secretary of State,    Driver Services Dept.,    2701 S. Dirksen Pkwy,
              Springfield, IL 62723-0001
10119344     Peoples Gas,    Bill Payment Center,    Chicago, IL 60687-0001
10119345     SBC Ameritech,    Bill Payment Center,    Chicago, IL 60663-0001
10119346    +Sprint,    Customer Service,    P.O. Box 152046,    Irving, TX 75015-2046
10119341    +Udel M. Soberanis,    Jennifer Williams,    6332 S. Elizabeth,    1st Floor,
              Chicago, IL 60636-2903
10119347     Vartec Telecom, Inc.,    PO Box 223766,    Dallas, TX 75222-3766

The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 03, 2008**                        **Signature:** _Joseph Speetjens_