IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| UDEL M. SOBERANIS. | ) | CASE NO. 05 B 49763 |
| | ) | |
| | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION
## TO CLOSE CASE AND DISCHARGE THE TRUSTEE

TO:   THE HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

Final distribution of all monies has been made in accordance with the attached Order Awarding Compensation and Expenses, Trustee's Distribution Report and Trustee's Form 2.

The Trustee certifies that the estate has been fully administered, requests that he be discharged and the case closed pursuant to 11 U.S.C. §350.

Date: 9-4-08

_____
TRUSTEE

Phillip D. Levey
2722 North Racine Avenue
Chicago, IL 60614
(773) 348-9682

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) CHAPTER 7
)
SOBERANIS, UDEL M. ) CASE NO. 05 B 49763
WILLIAMS, JENNIFER )
         Debtor(s) ) HON. JACQUELINE P. COX

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---:|
| 1. | Trustee's compensation | $3,836.52 |
| 2. | Trustee's expenses | $162.57 |
| | TOTAL | $3,999.09 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Chapter 7 Compensation — $8,295.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

2. Accountant for the Trustee
   a. Chapter 7 Compensation — $1,062.50
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

3. Other professionals
   a. Chapter 7 Compensation — $0.00
   b. Chapter 7 Expenses — $0.00
   c. Chapter 11 Compensation — $0.00
   d. Chapter 11 Expenses — $0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED: 2/4/08

ENTER:

UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 |
| | ) | |
| SOBERANIS, UDEL M. | ) | CASE NO. 05 B 49763 |
| WILLIAMS, JENNIFER | ) | |
| Debtor(s) | ) | HON. JACQUELINE P. COX |

### DISTRIBUTION REPORT

I, Phillip D. Levey, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $13,356.59 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5) | $0.00 |
| Surplus to Debtor (726(a)(6) | $50,366.96 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $63,723.55 |

EXHIBIT D

**FINAL DISTRIBUTION**

| Case Number: 05-49763    JPC | | | | Page 1 | | | Date: February 29, 2008 |
| --- | --- | --- | --- | --- | --- | --- | --- |

Debtor Name: SOBERANIS, UDEL M. \ WILLIAMS, JENNIFER

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Beginning Balance | | | | | | | | $63,723.55 |
| Claim Type - | | | | | | | | |
| | Phillip D. Levey<br>COMPENSATION | Admin | | $3,836.52 *<br>$3,836.52 | $0.00 | $3,836.52 | $3,836.52 | $59,887.03 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Phillip D. Levey<br>EXPENSES | Admin | | $162.57 *<br>$162.57 | $0.00 | $162.57 | $162.57 | $59,724.46 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type | | | $3,999.09 *<br>$3,999.09 | $0.00 | $3,999.09 | $3,999.09 | |
| Claim Type 3110-00 - Attorney for Trustee Fees | | | | | | | | |
| | Phillip D. Levey | Admin | 001 | $8,295.00 *<br>$8,295.00 | $0.00 | $8,295.00 | $8,295.00 | $51,429.46 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 3110-00 | | | $8,295.00 *<br>$8,295.00 | $0.00 | $8,295.00 | $8,295.00 | |
| Claim Type 3410-00 - Accountant for Trustee Fees | | | | | | | | |
| | Lois West & Popowcer Katten, Ltd. | Admin | 001 | $1,062.50 *<br>$1,062.50 | $0.00 | $1,062.50 | $1,062.50 | $50,366.96 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 3410-00 | | | $1,062.50 *<br>$1,062.50 | $0.00 | $1,062.50 | $1,062.50 | |
| Subtotals For Class Administrative 100.00000 % | | | | $13,356.59 *<br>$13,356.59 | $0.00 | $13,356.59 | $13,356.59 | |
| Claim Type 8200-00 - Surplus Funds Paid to Debtor | | | | | | | | |
| | SOBERANIS, UDEL M.<br>6332 S. ELIZABETH<br>1ST FLOOR<br>CHICAGO, IL 60636-2903 | Unsec | 999 | $0.00 *<br>$50,366.96 | $0.00 | $50,366.96 | $50,366.96 | $0.00 |
| | Percent Paid: 100.00000 % | | | | | | | |
| | Subtotal For Claim Type 8200-00 | | | $0.00 *<br>$50,366.96 | $0.00 | $50,366.96 | $50,366.96 | |
| Subtotals For Class Unsecured    100.00000 % | | | | $0.00 *<br>$50,366.96 | $0.00 | $50,366.96 | $50,366.96 | |

PROPDIS8    Printed: 02/29/08 12:05 PM    Ver: 12.62a

FINAL DISTRIBUTION

| Case Number: 05-49763    JPC | Page 2 | | | | Date: February 29, 2008 | |
|---|---|---|---|---|---|---|

Debtor Name: SOBERANIS, UDEL M. \ WILLIAMS, JENNIFER

| Claim # | Payee Name | Class | Priority | Amt Claimed *<br>Amt Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---|---|---|---|---|---|
| << Totals >> | | | | $13,356.59<br>$63,723.55 | $0.00 | $63,723.55 | $63,723.55 | $0.00 |

Proposed distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this proposed distribution.

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

| Case No: | 05-49763 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | SOBERANIS, UDEL M. | | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | | | |
| For Period Ending: | 09/04/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 07/10/06 | 10 | Chicago Title and Trust Company | Sale of Real Estate | | 65,075.07 | | 65,075.07 |
| | | CHICAGO TITLE AND TRUST COMPANY | Memo Amount:     80,000.00 | 1110-000 | | | |
| | | | Sale of Real Estate | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:   (  2,235.49 ) | 4700-000 | | | |
| | | | Real Estate Taxes-2002 & 2003 | | | | |
| | | COOK COUNTY COLLECTOR | Memo Amount:   (  4,535.06 ) | 4700-000 | | | |
| | | | Real Estate Taxes-2003 & 2004 | | | | |
| | | CENTURY 21 KMIECIK | Memo Amount:   (  4,800.00 ) | 3510-000 | | | |
| | | | Real Estate Commission | | | | |
| | | BROAD STREET DEVELOPMENT | Memo Amount:   (  1,038.75 ) | 4700-000 | | | |
| | | | Real Estate Tax Proration-2005 | | | | |
| | | BROAD STREET DEVELOPMENT LLC | Memo Amount:   (  980.59 ) | 4700-000 | | | |
| | | | Real Estate Tax Proration-2006 | | | | |
| | | LANDMARK ENGINEERING CORP. | Memo Amount:   (  245.00 ) | 2500-000 | | | |
| | | | Survey | | | | |
| | | CHICAGO TITLE INSURANCE CO. | Memo Amount:   (  930.00 ) | 2500-000 | | | |
| | | | Title Charges | | | | |
| | | STATE OF ILLINOIS | Memo Amount:   (  80.00 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | |
| | | COOK COUNTY | Memo Amount:   (  40.00 ) | 2500-000 | | | |
| | | | Transfer Stamps | | | | |
| | | CITY OF CHICAGO | Memo Amount:   (  40.04 ) | 2500-000 | | | |
| | | | City of Chicago Water Bill | | | | |
| 07/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 33.77 | | 65,108.84 |
| 08/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.30 | | 65,164.14 |
| 09/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 53.55 | | 65,217.69 |
| 10/31/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.40 | | 65,273.09 |
| 11/30/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 53.65 | | 65,326.74 |
| 12/29/06 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.47 | | 65,382.21 |
| 01/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.54 | | 65,437.75 |

Page Subtotals     65,437.75     0.00

LFORM24

Ver: 14.03b

FORM 2                                                                                                                      Page: 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49763 -JPC | | Trustee Name: | Phillip D. Levey |
| Case Name: | SOBERANIS, UDEL M. | | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | | | |
| For Period Ending: | 09/04/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 50.20 | | 65,487.95 |
| 03/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.000 | 1270-000 | 55.62 | | 65,543.57 |
| 04/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 78.12 | | 65,621.69 |
| 05/08/07 | 000101 | International Sureties, Ltd. | Blanket Bond Premium-Bond #01602645 | 2300-000 | | 62.68 | 65,559.01 |
| | | 203 Carondelet St.-Suite 500 | | | | | |
| | | New Orleans, LA 70130 | | | | | |
| 05/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.56 | | 65,642.57 |
| 06/29/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 80.92 | | 65,723.49 |
| 07/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.74 | | 65,807.23 |
| 08/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 83.84 | | 65,891.07 |
| 09/28/07 | 1 | BANK OF AMERICA | Interest Rate 1.500 | 1270-000 | 81.23 | | 65,972.30 |
| 10/12/07 | 000102 | United States Treasury | FEIN 75-6794704 | 2810-000 | | 1,449.00 | 64,523.30 |
| | | | 2006 FORM 1041 | | | | |
| 10/12/07 | 000103 | Illinois Department of Revenue | FEIN 75-6794704 | 2820-000 | | 1,072.00 | 63,451.30 |
| 10/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 70.95 | | 63,522.25 |
| 11/30/07 | 1 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 62.65 | | 63,584.90 |
| 12/31/07 | 1 | BANK OF AMERICA | Interest Rate 1.200 | 1270-000 | 64.80 | | 63,649.70 |
| 01/31/08 | 1 | BANK OF AMERICA | Interest Rate 0.500 | 1270-000 | 49.48 | | 63,699.18 |
| 02/29/08 | 1 | BANK OF AMERICA | INTEREST REC'D FROM BANK | 1270-000 | 24.37 | | 63,723.55 |
| 02/29/08 | | Transfer to Acct #*******3043 | Final Posting Transfer | 9999-000 | | 63,723.55 | 0.00 |

Page Subtotals    869.48    66,307.23

LFORM24                                                                                                                 Ver: 14.03b

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-49763 -JPC | Trustee Name: | Phillip D. Levey |
| Case Name: | SOBERANIS, UDEL M. | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | Account Number / CD #: | *******1806 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******4704 | | |
| For Period Ending: | 09/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | Memo Allocation Receipts: | 80,000.00 |  | COLUMN TOTALS |  | 66,307.23 | 66,307.23 | 0.00 |
|  |  | Memo Allocation Disbursements: | 14,924.93 |  | Less: Bank Transfers/CD's |  | 0.00 | 63,723.55 |  |
|  |  |  |  |  | Subtotal |  | 66,307.23 | 2,583.68 |  |
|  |  | Memo Allocation Net: | 65,075.07 |  | Less: Payments to Debtors |  |  | 0.00 |  |
|  |  |  |  |  | Net |  | 66,307.23 | 2,583.68 |  |

Page Subtotals    0.00    0.00

Ver: 14.03b

LFORM24

FORM E

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

| Case No: | 05-49763 -JPC | Trustee Name: | Phillip D. Levey |
|---|---|---|---|
| Case Name: | SOBERANIS, UDEL M. | Bank Name: | BANK OF AMERICA |
| | WILLIAMS, JENNIFER | Account Number / CD #: | *******3043 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4704 | | |
| For Period Ending: | 09/04/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| 02/29/08 | | Transfer from Acct #*******1806 | Transfer In From MMA Account | 9999-000 | 63,723.55 | | 63,723.55 |
| 03/02/08 | 000101 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Compensation/Fees | 2100-000 | | 3,836.52 | 59,887.03 |
| 03/02/08 | 000102 | PHILLIP D. LEVEY<br>2722 NORTH RACINE AVENUE<br>CHICAGO, IL 60614 | Chapter 7 Expenses | 2200-000 | | 162.57 | 59,724.46 |
| 03/02/08 | 000103 | Phillip D. Levey | | 3110-000 | | 8,295.00 | 51,429.46 |
| 03/02/08 | 000104 | Lois West & Popowcer Katten, Ltd. | TRUSTEE'S ACCOUNTANT'S FEES | 3410-000 | | 1,062.50 | 50,366.96 |
| * 03/02/08 | 000105 | SOBERANIS, UDEL M.<br>6332 S. ELIZABETH<br>1ST FLOOR<br>CHICAGO, IL 60636-2903 | Surplus Funds | 8200-004 | | 50,366.96 | 0.00 |
| * 07/22/08 | 000105 | SOBERANIS, UDEL M.<br>6332 S. ELIZABETH<br>1ST FLOOR<br>CHICAGO, IL 60636-2903 | Stop Payment Reversal<br>STOP PAY ADD SUCCESSFUL | 8200-004 | | -50,366.96 | 50,366.96 |
| 07/25/08 | 000106 | SOBERANIS, UDEL M.<br>6332 S. ELIZABETH<br>1ST FLOOR<br>CHICAGO, IL 60636-2903 | Surplus Back to Debtor | 8200-002 | | 50,366.96 | 0.00 |

Page Subtotals        63,723.55        63,723.55

LFORM24

Ver: 14.03b

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 05-49763 -JPC | Trustee Name: Phillip D. Levey |
| Case Name: SOBERANIS, UDEL M. | Bank Name: BANK OF AMERICA |
| WILLIAMS, JENNIFER | Account Number / CD #: *******3043 Checking Account (Non-Interest Earn |
| Taxpayer ID No: *******4704 | |
| For Period Ending: 09/04/08 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| | | | | | | |
|---|---|---|---|---|---|---|
| Memo Allocation Receipts: | 0.00 | COLUMN TOTALS | | 63,723.55 | 63,723.55 | 0.00 |
| Memo Allocation Disbursements: | 0.00 | Less: Bank Transfers/CD's | | 63,723.55 | 0.00 | |
| | | Subtotal | | 0.00 | 63,723.55 | |
| Memo Allocation Net: | 0.00 | Less: Payments to Debtors | | | 50,366.96 | |
| | | Net | | 0.00 | 13,356.59 | |
| | | | | | NET | ACCOUNT |
| Total Allocation Receipts: | 80,000.00 | TOTAL - ALL ACCOUNTS | | NET DEPOSITS | DISBURSEMENTS | BALANCE |
| Total Allocation Disbursements: | 14,924.93 | Money Market Account (Interest Earn - ********1806 | | 66,307.23 | 2,583.68 | 0.00 |
| | | Checking Account (Non-Interest Earn - ********3043 | | 0.00 | 13,356.59 | 0.00 |
| Total Memo Allocation Net: | 65,075.07 | | | 66,307.23 | 15,940.27 | 0.00 |
| | | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                 0.00           0.00

Ver: 14.03b

FORM2F